# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2676

_____

Bennie David Guy,

           Appellant,

    v.

Ed Laxton, County Investigator,
Crittenden County, AR; Chet Dunlap,
Attorney, Poinsette County,

           Appellees.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Eastern District of Arkansas.
\*
\*   [UNPUBLISHED]
\*
\*
\*

_____

Submitted: October 25, 2011
Filed: October 28, 2011

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Bennie David Guy appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint. Upon our careful review, we affirm for the reasons provided by the district court. See 8th Cir. R. 47B. We also deny as moot Guy's pending motion for appointment of counsel.

_____

_____

[1]The Honorable D. Price Marshall, Jr., United States District Judge for the Eastern District of Arkansas.